# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 2:16-CR-55-JTM-PRC |
| ) | |
| JAMES LANDRUM a/k/a "Dough Boy," ) | |
| Defendant. ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON PLEA OF GUILTY BY DEFENDANT JAMES LANDRUM

TO: THE HONORABLE JAMES T. MOODY,
UNITED STATES DISTRICT COURT

Upon Defendant James Landrum's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on October 4, 2016, with the consent of Defendant James Landrum, counsel for Defendant James Landrum, and counsel for the United States of America.

The hearing on Defendant James Landrum's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant James Landrum under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant James Landrum,

I FIND as follows:

(1) that Defendant James Landrum understands the nature of the charge against him to which the plea is offered;

(2) that Defendant James Landrum understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and

his right against compelled self-incrimination;

(3) that Defendant James Landrum understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant James Landrum understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant James Landrum has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant James Landrum is competent to plead guilty;

(6) that Defendant James Landrum understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant James Landrum's plea; and further,

I RECOMMEND that the Court accept James Landrum's plea of guilty to the offense charged in Count 2 of the Second Superseding Indictment and that Defendant James Landrum be adjudged guilty of the offense charged in Count 2 of the Second Superseding Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and James Landrum be adjudged guilty, a sentencing date before Judge James T. Moody will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 4th day of October, 2016.

    s/ Paul R. Cherry  
    MAGISTRATE JUDGE PAUL R. CHERRY  
    UNITED STATES DISTRICT COURT

cc:    Honorable James T. Moody